THOMAS ET AL. *v.* MISSISSIPPI.

No. 181. Decided April 26, 1965.

*Jack Greenberg, James M. Nabrit III, Derrick A. Bell, Jr., Jack Young, R. Jess Brown, Carl Rachlin* and *Michael Meltsner* for petitioners.

*Joe T. Patterson,* Attorney General of Mississippi, and *John A. Travis* and *Robert G. Nichols, Jr.,* Special Assistant Attorneys General, for respondent.

PER CURIAM.

The petition for writ of certiorari is granted and the judgments are reversed. *Boynton* v. *Virginia,* 364 U. S. 454, *Abernathy* v. *Alabama, ante,* p. 447.

MR. JUSTICE WHITE took no part in the consideration or decision of this case.